# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cr-861-ODW | Date | April 29, 2021 |
| Title | United States v. Ian William MacNeill | | |

Present: The Honorable  Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:** (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☒ probation / ☐ supervised release.

The Court finds that:

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☒ Allegations in petition

☒ Order of the District Judge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:16-cr-861-ODW | Date | April 29, 2021 |
|---|---|---|---|
| Title | United States v. Ian William MacNeill | | |

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.